■ MUTUAL BENEFITS OFFSHORE FUND, Respondent, v EMANUEL ZELTSER et al., Appellants et al., Defendants. STERNIK & ZELTSER et al., Counterclaim Plaintiffs-Appellants, v CHRISTOPHER SAMUELSON et al., Counterclaim Defendants. [940 NYS2d 79]—

Orders, Supreme Court, New York County (Bernard J. Fried, J.), entered November 4, 2010, which granted plaintiff's motion

to dismiss defendants Sternik & Zeltser's and Joseph Kay's counterclaims, and granted plaintiff's motion to disqualify defendants Emanuel Zeltser and Sternik & Zeltser as counsel for counterclaim plaintiffs, unanimously affirmed, without costs.

Sternik & Zeltser, sued herein solely in its capacity as plaintiff's former counsel, lacks standing to assert a counterclaim in its separate capacity as a purported trustee or representative of an entity that is not a party to the action (*see Ruzicka v Rager*, 305 NY 191, 198 [1953]; *see also Bramex Assoc. v CBI Agencies*, 149 AD2d 383, 385 [1989]). Kay lacks standing to assert a counterclaim because the record does not support his allegation that he has an ownership interest in plaintiff's investment or that he otherwise has a stake in the outcome of the dispute over the funds at issue (*see Security Pac. Natl. Bank v Evans*, 31 AD3d 278, 279 [2006], *appeal dismissed* 8 NY3d 837 [2007]).

We have considered defendants' remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Friedman, Richter and Abdus-Salaam, JJ.